UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLER W. ALLEN; and STEVE and SHARON SLAYBAUGH, husband and wife,<br><br>            Plaintiffs<br>vs.<br><br>UNITED STATES; COLUMBIA RURAL ELECTRIC ASSOCIATION, INC., a Washington corporation; and ASPLUNDH TREE EXPERT CO., a Pennsylvania corporation<br>            Defendants. | No. CV-07-101-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to the Stipulation of the parties (C.R. 26), the Clerk of this court shall enter judgment of dismissal with prejudice and without costs or attorneys fees to any party and then CLOSE this file.

The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

**DATED** this 25th day of March 2008.

                    s/Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
              SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1